1   **EDWARD R. SCHWARTZ, CA Bar No. 147553**
*ers@cph.com*
2   **CHRISTIE, PARKER & HALE, LLP**                    JS - 6
**350 West Colorado Boulevard, Suite 500**
3   **Post Office Box 7068**
**Pasadena, California 91109-7068**
4   **Telephone: (626) 795-9900**
**Facsimile: (626) 577-8800**
5

Attorneys for Plaintiff,
6   MOBILE HI-TECH WHEELS

7

8                   UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10

11   MOBILE HI-TECH WHEELS,              Case No.  CV09-06855 DMG (ANx)

12        Plaintiff,                     **ORDER  OF  DISMISSAL  OF ACTION [50 ]**

13     vs.

14   TYFUN  INTERNATIONAL,  INC.  and
WAH  HUNG  INTERNATIONAL
15   MACHINERY, INC.,

16        Defendants.
AND RELATED COUNTERCLAIMS.

17

18

19

20                                       -1-

1

2        Pursuant to Rule 41(a), Fed. R. Civ. P., and the Stipulation of Dismissal
filed by Plaintiff Mobile Hi-Tech Wheels and Defendants Tyfun International,
3   Inc. and Wah Hung International Machinery, Inc. all claims and counterclaims in
this action are dismissed with prejudice, with each party to bear its own costs,
4   including attorney's fees.

5

DATED:  October 27, 2010
6                                                  DOLLY M. GEE
                                                   UNITED STATES DISTRICT JUDGE

7   SES PAS926762.1-*-10/26/10 11:13 AM

8

9   .

10

11

12

13

14

15

16

17

18

19

20                                              -2-